Amber Henning
Kirk D. Evenson
MARRA, EVENSON & LEVINE PC
2 Railroad Square, Suite C
P.O. Box 1525
Great Falls, MT 59403-1525
Telephone (406) 268-1000
Facsimile (406) 761-2610
Email: ahenning@marralawfirm.com
       kevenson@marralawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

---

| | |
|---|---|
| ITRIA VENTURES, LLC, ) | Cause No. CV-23-24-GF-BMM-JTJ |
|        *Plaintiff*, ) | |
| Vs. ) | |
| ) | **UNOPPOSED MOTION** |
| MARQUIS CATTLE COMPANY; ) | **TO EXTEND ANSWER** |
| CORY SHANNON MARQUIS; AND ) | **DEADLINE** |
| BECKIE JO MARQUIS, ) | |
|        *Defendants*. ) | |

---

**COMES NOW,** the Defendants – Marquis Cattle Company Inc. d/b/a Marquis Cattle Company; Cory Shannon Marquis, and Beckie Jo Marquis – by and through their attorneys, and hereby moves the Court to extend their Answer deadline by two weeks from May 26, 2023 to June 9, 2023. Counsel for Plaintiff has been contacted and does not object to this Motion. A proposed order will be filed contemporaneously with this Motion.

DATED this 25th day of May, 2023.

                    MARRA, EVENSON, & LEVINE, P.C.
                    P.O. Box 1525
                    Great Falls, MT 59403-1525

                    By  /s/ Amber Henning
                      Amber Henning
                      Attorney for Defendant

# CERTIFICATE OF SERVICE

I, the undersigned, a representative of the law firm of Marra, Evenson & Levine, P.C., hereby certify that, on May 19, 2023, I served a true and complete copy of the foregoing Defendant's Notice of Removal on the following persons by the following means:

| | |
|---|---|
| 1 | CM/ECF |
| | Hand Delivery |
| 2 | Mail |
| | Overnight Delivery Service |
| | Fax |
| | E-Mail |

1. Clerk, U.S. District Court

2. Natasha Prinzing Jones
   Elliot D. McGill
   Boone Karlberg, Attornsys at Law
   201 West Main St., Suite 300
   P.O. Box 9199
   Missoula, MT 59807
   Phone: (406) 543-6646
   Fax: (406) 549-6804

   *Attorneys for Plaintiff*

                                    /s/ Amber Henning
                                    (Attorneys for Defendant)