Amber Henning
Kirk D. Evenson
MARRA, EVENSON & LEVINE, P.C.
2 Railroad Square, Suite C
P.O. Box 1525
Great Falls, Montana 59403-1525
Telephone (406) 268-1000
Facsimile (406) 761-2610
Direct e-mail: ahenning@marralawfirm.com
                kevenson@marralawfirm.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| ITRIA VENTURES, LLC, | Cause No. CV-23-24-GF-BMM-JTJ |
|---|---|
| Plaintiff, | |
| vs. | DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TRANSFER TO THE SOUTHERN DISTRICT OF NEW YORK |
| MARQUIS CATTLE COMPANY; CORY SHANNON MARQUIS; AND BECKIE JO MARQUIS, | |
| Defendants. | |

Defendants Marquis Cattle Company, Cory Shannon Marquis, and Becki Jo Marquis respectfully moves the Court for an Order compelling the parties to arbitration pursuant to 9 U.S.C. § 4 and, in addition, transferring the case to the

1

Southern District of New York pursuant to 28 U.S.C. § 1404(a). In accordance with Local Rule 7.1(c)(1), counsel for Plaintiff has been contacted and opposes this motion.

DATED this 30th day of June, 2023.

                                  MARRA, EVENSON & LEVINE, P.C.
                                  2 Railroad Square, Suite C
                                  P.O. Box 1525
                                  Great Falls, MT 59403-1525

                                  By:  /s/ Kirk D. Evenson
                                      Kirk D. Evenson
                                      Attorneys for Defendants