IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ITRIA VENTURES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MARQUIS CATTLE COMPANY; CORY SHANNON MARQUIS; and BECKIE JO MARQUIS,<br><br>Defendants. | CV 23-24-GF-JTJ<br><br>ORDER |

The Court will conduct a hearing on all pending motions[1] at 10:30 a.m. on September 12, 2023, at the Missouri River Courthouse in Great Falls, Montana.

DATED this 30th day of August, 2023.

John Johnston
United States Magistrate Judge

---

[1] Documents 15 and 18