OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
For the District of Montana

Tyler P. Gilman
Clerk of Court



Beth Conley
 Chief Deputy of
 Administration

 Coleen Hanley
 Chief Deputy of
 Operations

September 18, 2023

Clerk of District Court
Montana Eighth Judicial District Court, Cascade County
415 2nd Ave N
Great Falls, MT  59401

Re:  Remand of District of Montana Case: CV-23-24-GF-JTJ,
Itria Ventures, LLC vs Marquis Cattle Company et al.
Your Case Number:  CV-7-2023-0000190-BC

Dear Sir/Madam:


Pursuant to the enclosed Order dated September 14, 2023, this case is remanded back to Montana Eighth Judicial District Court, Cascade Count.  A zip drive has been emailed to you at **elizabeth.sweeney@mt.gov** with all of the documents in our case.


Please acknowledge receipt of these enclosures on the copy of this letter and return to us in the envelope provided.  Thank you.


Sincerely,


/s/ Traci Orthman
Deputy Clerk, Great Falls Division